Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Tel: (949) 862-0040; Fax: (949) 862-0041
E-mail: tom@polis-law.com

Counsel for RES-FL Sparrow Hawk, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-12683-CB |
| Luis Fernando Valdivia, | Chapter 13 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR'S CHAPTER 13 TRUSTEE; THE DEBTOR AND HIS COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** the law firm of Polis & Associates, a Professional Law Corporation, as counsel for secured creditor **RES-FL Sparrow Hawk, LLC**, files this Notice of Appearance and Request for Notice pursuant to 11 U.S.C. §1109(b) and Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned attorney:

**Thomas J. Polis, Esq.**
**POLIS & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
tom@polis-law.com

DATED: July 12, 2017                    POLIS & ASSOCIATES
                                        A PROFESSIONAL LAW CORPORATION

                                        By:    /s/ Thomas J. Polis
                                            Thomas J. Polis, Esq.
                                            Counsel for RES-FL Sparrow Hawk, LLC

1

NtcAppear 071217

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES, APLC**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, California  92612-2433**

A true and correct copy of the foregoing document described **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July12, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR) -  efile@ch13ac.com
Theron S Covey  -  tsc@tblaw.com, CAECF@tblaw.com
Douglas E Klein  - dek36@hotmail.com
United States Trustee (SA)  -  ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **July 12, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Catherine E. Bauer, US Bankruptcy Court, 411 W. Fourth Street, Suite 5165, Santa Ana, CA 92701

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on     , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 12, 2017 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE

2

NtcAppear 071217